IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberta Bechtel, et al., | No.  CV-18-04238-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Extend (Doc. 20), in which the parties request an extension of case deadlines. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the stipulation will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 20) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. Fact Discovery shall be completed by **January 29, 2020**

2. Expert Disclosure shall be due by **September 26, 2019**;

3. Rebuttal Expert Disclosure shall be due by **October 29, 2019**;

4. Expert depositions must be completed by **January 29, 2020**;

///

///

///

///

5.  Good Faith Settlement talks must be completed by **August 29, 2019**; and

6.  Dispositive Motions shall be due by **March 31, 2020**.

Dated this 11th day of June, 2019.

Honorable Steven P. Logan
United States District Judge

2