IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Roberta Bechtel, et al.,

           Plaintiffs,

vs.

Allstate Fire and Casualty Insurance Company,

           Defendant.

No.  CV-18-04238-PHX-SPL

**ORDER**

Before this Court is a Stipulation to Dismiss (Doc. 27), in which the parties seek this matter be dismissed as to Plaintiffs Roberta Bechtel and Ronald Johnson only. Upon consideration of the stipulation,

**IT IS ORDERED** that the Stipulation to Dismiss (Doc. 27) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs Roberta Bechtel and Ronald Johnson are **dismissed from this action with prejudice**, with each party to bear their own costs and attorneys' fees.

Dated this 9th day of September, 2019.

Honorable Steven P. Logan
United States District Judge