IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberta Bechtel, et al., | No.  CV-18-04238-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

Before the Court is the parties' Stipulation to Extend (Doc. 26), in which the parties request an extension of case deadlines. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the stipulation/motion will be granted. Accordingly,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 26) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. Fact Discovery shall be completed by **March 30, 2020**;

2. Expert Disclosure shall be due by **November 26, 2019**;

3. Rebuttal Expert Disclosure shall be due by **December 29, 2019**;

4. Expert depositions must be completed by **March 30, 2020**;

///

///

///

///

5.  Good Faith Settlement talks must be completed by **October 29, 2019**; and

6.  Dispositive Motions shall be due by **May 30, 2020**.

Dated this 10th day of September, 2019.

Honorable Steven P. Logan
United States District Judge

2