IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberta Bechtel, et al., | No.  CV-18-04238-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

The Court has been advised that the parties have reached a settlement in this case (Doc. 30).  Accordingly,

**IT IS ORDERED** that this case will be *dismissed with prejudice* by the Clerk of Court without further notice on **December 2, 2019** unless a stipulation to dismiss or request for reinstatement on the Court's trial calendar is filed prior to the dismissal date.

Dated this 31st day of October, 2019.

Honorable Steven P. Logan
United States District Judge