IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberta Bechtel, et al., | No.  CV-18-04238-PHX-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's October 31, 2019 Order (Doc. 31),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 13th day of December, 2019.

Honorable Steven P. Logan
United States District Judge